978

No. 533, Misc. WILES v. WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 537, Misc. PETRO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 543, Misc. MOORE v. OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 550, Misc. GEHRING v. BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 551, Misc. TUCKER v. INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 553, Misc. MOORE v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 555, Misc. HARDING v. CAVANAUGH ET AL. C. A. 2d Cir. Certiorari denied.

No. 557, Misc. HARRIS v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 560, Misc. FISHER v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 563, Misc. MULLINS v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.